**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Hector MARTINEZ–HERNANDEZ, Defendant–Appellant.**

No. 04-41032.

Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Decided Aug. 17, 2005.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Margaret Christina Ling, Assistant Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before BENAVIDES, CLEMENT, and PRADO, Circuit Judges.

PER CURIAM: *

Hector Martinez–Hernandez ("Martinez") appeals his conviction for possession with intent to distribute less than 50 kilograms of marijuana, a violation of 21 U.S.C. § 841.

Martinez's sole argument on appeal is that a Border Patrol agent lacks authority to conduct a vehicle stop based on a reasonable suspicion of a non-immigration offense. This argument is foreclosed by our

---

decision in *United States v. Perkins,* 352 F.3d 198 (5th Cir.2003), *cert. denied,* 541 U.S. 980, 124 S.Ct. 1894, 158 L.Ed.2d 480 (2004). Martinez concedes that the issue is foreclosed, but he raises it to preserve the matter for further review.

The judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.